Certificate Number: 03621-PAM-DE-039737921

Bankruptcy Case Number: 25-00678



03621-PAM-DE-039737921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2025, at 5:55 o'clock PM EDT, Andrew I Valentin completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 5, 2025          By: /s/Kate Casique

                           Name: Kate Casique

                           Title: Credit Counselor