BL9946965

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

IN RE:  ANDREW IVAN VALENTIN   :    Chapter: 7

            :

            :

            :

            :     BANKRUPTCY NO: 5:25-00678-MJC


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

       **American Express National Bank**
       **c/o Becket & Lee LLP**
       **PO Box 3001**
       **Malvern, PA 19355-0701**


       By: /s/ Shraddha Bharatia
         _____
         Shraddha Bharatia, Claims Administrator
         Becket & Lee LLP
         PO Box 3001
         Malvern, PA 19355-0701


         Date:   06/17/2025