United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 25-00678-MJC

Andrew Ivan Valentin                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 07, 2025                     Form ID: 318                              Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Ivan Valentin, 2644 Woodruff Lane, Stroudsburg, PA 18360-7525 |
| 5696032 | | Credit Control, LLC, 3399 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 5696034 | + | DNF Associates, 2351 N Forrest Rd Suite 110, Getzville, NY 14068-9902 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5720233 | | Email/PDF: bncnotices@becket-lee.com | Jul 07 2025 19:07:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5696030 | + | Email/Text: clientservices@fullcirclefs.com | Jul 07 2025 18:53:00 | Axiom Acquisition Ventures, LLC, 12425 Race Track Rd Suite 100, Tampa, FL 33626-3102 |
| 5696031 | + | EDI: Q3GTBI | Jul 07 2025 22:49:00 | Bureaus Investment Group Portfolio No 15, 650 Dundee Rd Suite 370, Northbrook, IL 60062-2757 |
| 5696033 | + | EDI: DISCOVER | Jul 07 2025 22:49:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5696036 | + | Email/Text: crdept@na.firstsource.com | Jul 07 2025 18:53:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5696037 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2025 18:53:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101-4747 |
| 5696038 | | EDI: PRA.COM | Jul 07 2025 22:49:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 5696039 | + | Email/Text: ngisupport@radiusgs.com | Jul 07 2025 18:53:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5696040 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 18:57:11 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5696041 | + | Email/Text: OpsEscalations@RocketLoans.com | Jul 07 2025 18:53:00 | Rocket Loans, 1274 Library St 2nd Flr, Detroit, MI 48226-2256 |
| 5696042 | | EDI: USBANKARS.COM | Jul 07 2025 22:49:00 | U.S. Bank, 9321 Olive Blvd., Saint Louis, MO 63132 |
| 5696035 | | EDI: USBANKARS.COM | Jul 07 2025 22:49:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Stephen J Palopoli, III | on behalf of Debtor 1 Andrew Ivan Valentin s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Andrew Ivan Valentin | Social Security number or ITIN | xxx–xx–6882 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:25–bk–00678–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew Ivan Valentin

**By the court:**

7/7/25

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**