United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Andrew Ivan Valentin

Debtor

Case No. 25-00678-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Jul 23, 2025

User: AutoDocke

Form ID: fnldec

Page 1 of 1

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

**Recip ID              Recipient Name and Address**
db                    + Andrew Ivan Valentin, 2644 Woodruff Lane, Stroudsburg, PA 18360-7525

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

**Name                              Email Address**

Jill E. Durkin

jilldurkinesq@gmail.com  PA92@ecfcbis.com

Stephen J Palopoli, III

on behalf of Debtor 1 Andrew Ivan Valentin s.palopoli@verizon.net
betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew Ivan Valentin,

Chapter 7

**Debtor 1**

Case No. 5:25−bk−00678−MJC

Social Security No.:

xxx−xx−6882

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 23, 2025

**fnldec** (01/22)